NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5075

M G CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

David Hunter Bowser, Yazbeck, Cloran & Hanson, LLC, of Portland, Oregon, argued for plaintiff-appellant.  On the brief was Joseph A. Yazbeck, Jr.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  Of counsel on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Brian S. Smith, Trial Attorney.

Appealed from:  United States Court of Federal Claims

Judge Marian Blank Horn

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5075

M G CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S).      04-CV-473.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LOURIE and PROST, <u>Circuit Judges</u>):

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: <u>  November 6, 2007</u>      <u>/s/ Jan Horbaly          </u>
                                               Jan Horbaly, Clerk